WILLIAM FRESE, Respondent, v. ADELINA HOPPE and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ANTONIO GAETA, Respondent, v. JULIUS GARGANO and Others, Defendants, and CONRAD SCHNEIDER, Appellant.— Order denying motion of defendant Schneider to compel plaintiff's attorney to accept answer, and order of November 10, 1930, in so far as it denies said defendant's motion to open default, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Petition of MARION Z. ANDERSON, as Executrix, etc., of EDWARD N. ANDERSON, Deceased, Appellant, to Determine the Compensation of an Attorney for Services Rendered to the Estate. EDMUND F. DRIGGS, Respondent.— Order of the Surrogate's Court of Kings county determining the respondent's charges for services reversed upon the law and the facts, without costs, and proceeding remitted to the surrogate to enter a new decree fixing the respondent's charges at $2,250. We are of opinion that the charge for collecting the insurance paid by the Travelers Insurance Company of Hartford was not only excessive but should not have been charged at all. The sum of $2,250 is ample compensation for the services already performed by the respondent in the matter of the probate of the will and for collecting the insurance paid by the Commercial Travelers Mutual Accident Association of America. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Hagarty, J., not voting.

In the Matter of the Petition of NELLIE I. ST. CLAIR, as One of the Executrices of the Last Will and Testament of GEORGE B. HUTTON, Deceased, for a Determination as to the Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of GEORGE B. HUTTON, Late of the Borough of Brooklyn, County of Kings, New York, Deceased. LILLIAN V. GRIFFIN, Appellant; NELLIE I. ST. CLAIR, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, affirmed, with costs to respondent, payable out of the estate. Young, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground that the gift of personalty in the Dean street property was specific, that there was no ademption, and that the proof of a gift *inter vivos* is against the weight of the credible evidence.